# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN LAUGHERY and HEATHER WILSON-LAUGHERY,<br><br>Plaintiffs,<br><br>-vs-<br><br>NEW SOUND TRANSPORTATION, LLC,<br><br>Defendant. | Cause No. CV-22-46-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal filed on February 14, 2024, IT IS HEREBY ORDERED that the Complaint in this action is dismissed with prejudice. Each party shall pay their own costs and attorney fees.

DATED this 20th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court